■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID KROMHOUT, Appellant.

We find no basis in the record for disturbing the County Court's determination that the police had probable cause to arrest the defendant. Mangano, J. P., Weinstein, Lawrence and Eiber, JJ., concur.